ELIAS KAHN, Appellant, v. ADAM NORRIE, Impleaded, etc., Respondent.

*Disbursements — Stenographer's minutes.*

Appeal from an order made at Special Term, directing the clerk to tax the fees of the stenographer for a copy of his minutes, as a necessary disbursement in favor of respondent.

· The court, after an examination of the affidavits, concluded that the respondent, not having ordered the minutes from day to day, and not having appealed, and there not appearing in the facts

anything making the copy of the minutes necessary in his proceedings in the action, reversed the order, with ten dollars costs, besides disbursements, and directed that the motion below be denied, with ten dollars costs, such disbursements to be adjusted by the clerk, and, with the costs allowed, to be set off against those of defendant, Norrie, already adjusted. The court did not consider the question whether, in any event, it would be a proper disbursement, under section 256 of the Code.

*Elias J. Beach,* for the appellant.

*Knox & Mason,* for the respondent.

Opinion by DAVIS, P. J.

DANIELS, J., concurred.

BRADY, J., concurred, "inasmuch as the minutes do not appear to have been ordered from day to day during the trial, and because the defendant, Norrie, having succeeded, the notes were not then necessary, the plaintiff not having appealed."